## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN LANE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PATRICIA H. JENKINS and** | : | **NO.  10-2149** |
| **MICHAEL R. GALANTINO** | : | |

## ORDER

**AND NOW**, this 20th day of December, 2011, upon consideration of the Motion to Dismiss Plaintiff's Complaint Filed on Behalf of the Honorable Patricia H. Jenkins (Document No. 8) and the Defendant Michael R. Galantino's Motion to Dismiss Plaintiff's Complaint (Document No. 11), it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** as frivolous.

         /s/Timothy J. Savage
         TIMOTHY J. SAVAGE,  J.